UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAJAIRA ELIZABETH ZELEDON, individually and on behalf of others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>BLAZIN' WINGS, INC., and DOES 1 to 10,<br><br>        Defendants. | NO.  CV16-7516-SVW (JCx)<br>CLASS ACTION<br><br>ORDER<br><br><br>JS-6 |

Based on the parties' stipulation, plaintiff Yajaira Elizabeth Zeledon's claims are dismissed with prejudice, and the class action allegations in this action are dismissed without prejudice.

IT IS SO ORDERED.

Date: April 12, 2017

Hon. Judge Step en V. W lson

STIPULATION TO DISMISS